FILED



9:16 am, 3/4/22

**Margaret Botkins
Clerk of Court**

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| MIA MURDOCK, an individual; and M3 INC., a Wyoming for profit corporation;<br><br>Plaintiffs,<br><br>v.<br><br>FBL FINANCIAL GROUP, INC., a Wyoming for profit corporation; FBL FUNDING, INC., a Wyoming for profit corporation; MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, a Wyoming for profit corporation; WESTERN FARM BUREAU SERVICE COMPANY, INC., a Wyoming for profit corporation; FARM BUREAU LIFE INSURANCE COMPANY, an Iowa for profit corporation; FBL MARKETING SERVICES, LLC, an Iowa limited liability company; LEONARD TODD SEETON, individually and in his capacity as Mountain West Farm Bureau Mutual Insurance Company Agency Manager, Farm Bureau Financial Services Financial Advisor, FBL Marketing Services Registered Representative, FBL Wealth Management Advisor, and Farm Bureau Life Insurance Company Representative; and J. DOES 1-10<br><br>Defendants. | 0:21-cv-00086-NDF<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER came before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court GRANTS the same, and

IT IS HEREBY ORDERED that all claims are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

_____
HONORABLE NANCY D. FREUDENTHAL
U.S. DISTRICT COURT JUDGE